■ In the Matter of BERNABE ENCARNACION, Appellant, v BRIAN FISCHER, as Commissioner of Corrections and Community Supervision, Respondent. [5 NYS3d 915]—Appeal from a judgment of the Supreme Court (Pritzker, J.), entered May 2, 2014 in Washington County, which, in a proceeding pursuant to CPLR article 78, granted respondent's motion to dismiss the petition.

Judgment affirmed. No opinion.

Peters, P.J., Lahtinen, Egan Jr. and Rose, JJ., concur. Ordered that the judgment is affirmed, without costs.